IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **GLENN ESKRIDGE,**<br>            **Plaintiff,**<br><br>        v.<br><br>**PHILADELPHIA HOUSING AUTHORITY, JOANNE STRAUSS, AND KELVIN JEREMIAH,**<br>            **Defendants.** | **CIVIL ACTION**<br><br><br><br>**NO.  15-5576** |

# O R D E R

**AND NOW**, this 8th day of March, 2017, upon consideration of Defendants' Second Motion for Summary Judgment (ECF No. 54), Plaintiff's Response in Opposition (ECF No. 58), and Defendants' Reply (ECF No. 60) it is **ORDERED** that the Motion is **GRANTED**.

(1) Plaintiff's remaining Title VII and PHRA retaliation claims concerning actions that occurred following his return from leave on October 15, 2014 (Count I) are **DISMISSED**.

(2) Plaintiff's remaining 42 U.S.C. § 1983 claim for First Amendment retaliation concerning actions that occurred following his return from leave on October 15, 2014 (Count II) is **DISMISSED**; and,

(3) Plaintiff's 42 U.S.C. § 1983 claim for a violation of the Fourteenth Amendment's Equal Protection Clause (Count III) is **DISMISSED**.

**IT IS FURTHER ORDERED** that this case shall be marked as **CLOSED** for statistical purposes.

                                                            **BY THE COURT:**


                                                            **/S/WENDY BEETLESTONE, J.**

                                                            _____
                                                            **WENDY BEETLESTONE, J.**